

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00810-CV

**CODY TEXAS, L.P.**,
Appellant

v.

**BPL EXPLORATION, LTD.**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8,665
Honorable Jose A. Lopez, Judge Presiding

BEFORE THE EN BANC COURT[1]

In accordance with this court's opinion of this date, we OVERRULE our December 14, 2016 opinion in appeal number 04-16-00078-CV, RECALL the mandate in that appeal, and PERMANENTLY SUSPEND enforcement of our December 14, 2016 judgment in that appeal. The trial court's November 15, 2017 final judgment in the underlying cause is VACATED, and we RENDER judgment denying appellant Cody Texas, L.P.'s petition for bill of review.

We ORDER that appellant and appellee each bear their own costs of this appeal, if any.

SIGNED December 11, 2019.

_____
Beth Watkins, Justice

---

[1] Justice Rebeca C. Martinez is recused.